# Court of Appeals
# of the State of Georgia

ATLANTA, May 01, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1108. DARRELL EUGENE YOUNGER v. THE STATE.

In 2010, Darrell Eugene Younger pled guilty to armed robbery, cruelty to children in the first degree, and burglary, and was convicted. In 2023, Younger filed multiple pro se motions in the trial court, seeking to correct a void sentence, obtain appointed counsel, and other relief. On October 10, 2023, the trial court entered an order denying these motions, and on November 29, 2023, Younger filed a notice of appeal.[1] This Court, however, lacks jurisdiction.[2]

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Younger filed his notice of appeal 50 days after entry of

---

[1] Younger filed his notice of appeal with the Supreme Court, which transferred the case to this Court. See Case No. S24A0469 (Feb. 6, 2024).

[2] On March 13, 2024, this Court denied the State's motion to dismiss this appeal, which motion was based, in part, on Younger's failure to timely file an appellate brief.

the order he seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___05/01/2024_____

      I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

      Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.